## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13CR345 |
| | ) | |
| Plaintiff, | ) | SENIOR JUDGE |
| | ) | CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH RICKS, | ) | OPINION AND ORDER |
| | ) | |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, SR. J.:**

This Order addresses the outstanding motions unrelated to Defendant's substantive request for a sentence reduction.

Defendant's Request to Strike (Doc. 2077) the Government's Reply is **DENIED**. Defendant presented a new extraordinary and compelling reason for a sentence reduction in his Reply (Doc. 2074), which warranted a response by the Government. Moreover, Defendant himself acknowledged the new claim and that the Government should have time to respond. (*See* Doc. 2074, PageID: 16681). Finally, Defendant is not prejudiced by the Government's Response due to the multiple supplements he has since filed.

Defendant's Motion to Take Notice (Doc. 2085) is **GRANTED**. The Court considered Defendant's caselaw when deciding the issue of a sentence reduction.

Defendant's Motion for an Extension of Time to Reply (Doc. 2114) is **DENIED AS MOOT**. Defendant filed a second reply on February 8, 2021.

Defendant's Motion for an Extension of Time to Reply (Doc. 2131) is similarly **DENIED AS MOOT**. Defendant's filed a third reply on March 22, 2021.

The issue of a sentence reduction has been thoroughly briefed, allowing the Court to enter the Order contemporaneously filed with this one.

**IT IS SO ORDERED.**

                                                 s/ Christopher A. Boyko
                                                **CHRISTOPHER A. BOYKO**
                                                **Senior United States District Judge**

**Dated: April 26, 2021**